AFCO SHEET METAL CONTRACTORS, INC., PLAINTIFF-PETITIONER, v. CITY COLLISION, INC., DEFENDANT-RESPONDENT.

CITY COLLISION, INC., DEFENDANT AND THIRD-PARTY PLAINTIFF, v. ALEXANDER H. SILVERS, THIRD-PARTY DEFENDANT.

*Messrs. Major & Major* for the petitioner.

*Messrs. Max & Koenig* for the respondent.

March 12, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DANNY VIGORITO, DEFENDANT-PETITIONER.

*Messrs. Goodman & Rothenberg* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

March 12, 1968. Denied.

DISPOSAL ASSOCIATES, INC., PLAINTIFF-PETITIONER, v. SOUTH RIVER TRANSPORT COMPANY, *ETC.*, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Williams, Willette & Faccone* for the petitioner.

*Messrs. Kaufman & Kaufman* for the respondents.

March 12, 1968. Denied.